

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00217-CV

**IN THE INTEREST OF Z.R.F.M.**, Z.T.P., Z.R.N.R., and Z.J.A.P., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA00613
Honorable Susan D. Reed, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is unable to afford to pay costs of court; no costs are taxed in this appeal.

SIGNED August 3, 2022.

_____
Patricia O. Alvarez, Justice